**MICHAEL S. HUGHES**
Attorney at law
P.O. Box 39
Bronxville, New York 10708
Tel: (914) 665-5431

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ AUG 13 2012 ★

**BROOKLYN OFFICE**

By:ECF

July 20, 2012

Hon. Nicholas Garaufis
U.S. District Judge
Eastern District of New York
225 Cadman Plaza East 11201

    **Re: United States v. Ianniello**
    **No. 12-Cr-00264(NGG)**

Dear Judge Garaufis,

    I represent Mr. Rodney Johnson a co-defendant in the above-referenced matter. Mr. Johnson is released on a secured bound with travel restricted to the Eastern and Southern Districts of New York and the District of New Jersey. Mr. Johnson lives and works in New Jersey.

    One of Mr. Johnson's daughters, Ms. Molly Loveless, resides in Louisville, Kentucky and is due to give birth to her second child in mid August. Mr. Johnson respectfully requests permission to travel to Louisville on August 13, 2012 and to return to New Jersey on August 18, 2012 in order to spend some time with his daughter.

    I have conferred with AUSA Amanda Hector who has no objection. I have also conferred with Pretrial Services Officer Angel Matos of the PTS Office in Newark, New Jersey where Mr. Johnson is being supervised. Mr. Matos also has no objection.

                                  Respectfully submitted,

                                  // Michael S. Hughes
                                  Attorney for Rodney Johnson

cc: AUSA Amanda Hector
    By: ECF

Application granted
SO-ORDERED
s/Nicholas G. Garaufis

Nicholas G. Garaufis
United States District Judge

Dated: August 7, 2012
Brooklyn, NY